# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-206 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| CHARLES E. CUNNINGHAM | Charles E. Cunningham | |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE

FILED

MAR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21:841(a)(1) and 841(b)(1)(B)(iii) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 8/16/07 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: Michael Darby | DATE: 8/16/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3-4-08 | NAME AND TITLE OF ARRESTING OFFICER DUSM Jeffrey Sharp | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3-4-08 | DUSM Jeffrey Sharp | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |