UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. |
| | : | 07-206 |
| CHARLES CUNNINGHAM, | : | |
| Defendant. | : | |

**FILED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Charles Cunningham, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty.

On November 30, 2006, a cooperating source (source) arranged to purchase 31 grams of crack cocaine from Mr. Cunningham for $900. The source arranged to meet Mr. Cunningham at 1277 Brentwood Road, N.E., Apt. #5, in the District of Columbia, at approximately 5:45 p.m.. Immediately before the meeting, Metropolitan Police Department (MPD) Officer Joseph Abdulla searched the source, gave him $900 in MPD pre-recorded funds, and attached a Hawk recording device to the source's person. Officer Abdulla, along with other MPD officers, drove the source to Brentwood Road and let him out of the car. MPD officers watched the source walk down the street and enter the apartment building located at 1277 Brentwood Road. The source walked directly into Apartment #5. Approximately 30 minutes later, the defendant arrived at the Brentwood Road apartment building, and entered Apartment #5, where he met the source. At that time, the source counted out $850 and handed it to the defendant. In exchange, the defendant handed the source a

plastic bag that contained 29.1 grams of crack cocaine. At that time, the defendant left the apartment. Shortly thereafter, the source re-united with the MPD officers, and handed the officers the plastic bag of cocaine that he received from the defendant, along with the remaining $50 in pre-recorded MPD funds. At that time, the source identified defendant Cunningham, by a single photo, as "Junnie" and as the person who sold him crack cocaine in Apartment #5.

The Drug Enforcement Agency Laboratory Chemist analyzed the substance believed to be drugs found in the plastic bag given to the source by defendant Cunningham, and determined that the substance was cocaine base, with a net weight of 29.1 grams.

On April 10, 2008, Charles Cunningham, who was operating, and was the sole occupant of a vehicle, was traffic stopped by Metropolitan Police Department (MPD) officers in the 1800 block of M Street, N.E., in the District of Columbia, for using a handheld cellular telephone. After a brief chase, Mr. Cunningham was apprehended in the 1000 block of Mount Olivet Road, N.E., in the District of Columbia, and he was placed under arrest for fleeing and eluding police. During a search incident to arrest, the officers recovered one clear plastic bag, which contained a tan chunk substance in the open glove box of the vehicle Mr. Cunningham was operating. Also recovered from the same glove box underneath of the tan chunk substance was mail matter and personal documents in the name of Charles Cunningham. Also recovered from Mr. Cunningham's person, specifically his right front pant's pocket, was $445 in U.S. currency.

The Drug Enforcement Agency Laboratory Chemist analyzed the tan chunk substance believed to be drugs found in the glove box of the vehicle, and determined that the substance was cocaine base, with a net weight of 135.2 grams. Mr. Cunningham possessed the cocaine base recovered from the vehicle with intent to distribute.

## DEFENDANT'S ACKNOWLEDGMENT

    I have read and discussed the Statement of Offense with my attorney, David Bos, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: _____          _____
                              Charles Cunningham

Date: _____          _____
                              David Bos, Esquire
                              Attorney for Charles Cunningham